## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **GARY WALL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 7:16cv00305** |
| **v.** | ) | |
| | ) | **ORDER** |
| **R. MEFFORD, et al.,** | ) | **By: Hon. Pamela Meade Sargent** |
| **Defendants.** | ) | **United States Magistrate Judge** |

This case is before the court on the parties' cross motions for summary judgment. For the reasons contained in this Memorandum Opinion accompanying this Order, the court will deny Wall's motion for summary judgment and grant the defendants' motions for summary judgment on all claims except Wall's claims of violation of his right to counsel and his freedom of speech. Therefore, it is **ORDERED** as follows:

1. The Motion For Summary Judgment, (Docket Item No. 53), is **GRANTED in part and DENIED in part**;

2. The Motion For Summary Judgment, (Docket Item No. 56), is **GRANTED in part and DENIED in part**; and

3. Plaintiff's Partial Motion For Summary Judgment, (Docket Item No. 62), is **DENIED**.

The Clerk's Office shall schedule the plaintiff's two remaining claims for jury trial before the undersigned.

The Clerk's Office also shall provide a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and unrepresented parties.

**ENTERED:** This 19th day of March, 2018.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE